Rel: December 8, 2023

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2023-2024

SC-2023-0334

Matthew Sherman Phillips v. Governor Kay Ivey; Lieutenant Governor Will Ainsworth; Attorney General Steve Marshall; Secretary of State Wes Allen; Chief Justice Tom Parker; Rich Hobson, Director of the Administrative Office of Courts; Hal Taylor, Secretary of the Alabama Law Enforcement Agency; Maury Mitchell, Director of the Alabama Justice Information System; Cam Ward, Director of the Alabama Board of Pardons and Paroles; Assistant Attorney General Greg Locklier; the Administrative Office of Courts; the Alabama Justice Information System; the Alabama Board of Pardons and Paroles; the Alabama Sentencing Commission; and the Alabama State Legislature (Appeal from Montgomery Circuit Court: CV-22-901595).

BRYAN, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Shaw, Mendheim, Stewart, and Mitchell, JJ., concur.

Parker, C.J., recuses himself.